UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEADORA DRAKAS,

        Plaintiff,

-against-

THE LEVY GROUP, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/12/26__

25-CV-03119 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court will hold a status conference on **August 31, 2026, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. No later than **August 25, 2026**, the parties must submit a joint status update letter outlining the progress of discovery to date and any further efforts to settle their dispute. If there are no significant controversies requiring judicial intervention at that time, the parties may request, in their joint status update letter, that the conference be conducted remotely.

Dated: New York, New York
      May 12, 2026

                        **SO ORDERED.**

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**